*E-Filed 08/03/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CRYSTAL ANN POOLE,                                          No. C 10-02668 RS

        Plaintiff,                                     **ORDER OF DISMISSAL**

  v.

UNITED STATES OF AMERICA,

        Defendant.
_____/

On June 18, 2010, plaintiff Chrystal Ann Poole filed a Petition and Complaint to Quash IRS Third Party Summons as well as an Application to Proceed In Forma Pauperis. On June 24, 2010 the Court denied plaintiff's Application to Proceed In Forma Pauperis, and ordered that plaintiff pay the filing fee of $350.00 no later than July 23, 2010. In its Order, the Court noted that the failure to pay the filing fee by July 23, 2010 may result in dismissal of this action. Plaintiff has not paid the requisite filing fee, nor has she submitted any additional filings. Accordingly, this action is dismissed.

IT IS SO ORDERED.

Dated: 08/03/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Crystal Ann Poole**
P.O. Box 6913
San Pablo, CA 94806-6913

DATED: 08/03/2010

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.

No. C 10-01776 RS
ORDER

2